WILLIAM N. HENDERSON, Respondent, v. FRANCIS A. VAN DYKE, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ROSE COLOMBO, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LEO CINQMARS, Respondent, v. AUGUSTINO LABRUZZO, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MARION C. CINQMARS, Respondent, v. AUGUSTINO LABRUZZO, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LUCENA NOEL, an Infant, etc., Respondent, v. GEORGE W. PELOW, Appellant. — Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ERNEST NOEL, Respondent, v. GEORGE W. PELOW, Appellant.— Judgment and order affirmed, with costs. All concur, except Sears, P. J., and Edgcomb, J., who dissent and vote for reversal on the facts and for granting a new trial, on the ground that the verdict, so far as it found that the plaintiff's release was executed under duress, is against the weight of the evidence. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOSEPHINE ARCARA, Respondent, v. MARIO MORESSE, Appellant, and SALVATORE BARONE, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ANTOINETTE ARCARA, Respondent, v. MARIO MORESSE, Appellant, and SALVATORE BARONE, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

PHILIP ARCARA, Respondent, v. MARIO MORESSE, Appellant, and SALVATORE BARONE, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOSEPH STURCKLER, an Infant, etc., Respondent, v. JOHN LUX and JUSTICE MOTOR CORPORATION, Appellants.— Order reversed in part and motion granted so far as it relates to the subjects of examination specified in paragraphs numbered 2 and 3 in the notice, except that plaintiff's examination shall include the subject of the ownership of the automobile at the time of the accident and any agreement or arrangements between the defendant Lux and the defendant corporation during the time of the employment of John Lux, respecting any permission granted by defendant corporation to Lux relating to the driving of the car; and otherwise affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

AGNES PATALON, as Receiver of the Property of JOHN PATALON, Respondent, v. FRANCES KOZLOWSKA, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.